THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Davenport Properties, a SC General Partnership, Appellant,
 v.
 South Carolina Department of Transportation; Connector 2000 Association, Inc.; 
 Interwest Carolina Transportation Group, LLC; and Interwest Management, Inc., Respondents.
 
 
 

Appeal From Greenville County
 John C. Few, Circuit Court Judge

Memorandum Opinion No. 2007-MO-039
Heard May 22, 2007  Filed June 25, 2007    

AFFIRMED

 
 
 
 Howard W. Paschal, Jr., of Price, Ashmore & Beasley, PA, of Greenville, for Appellant.
 Beacham O. Brooker, Jr., of Columbia, and Peter A. Rutledge and J.
 Richard Kelly, both of Leatherwood, Walker, Todd and Mann, of Greenville, for
 Respondents.
 
 
 

PER
 CURIAM:  Affirmed pursuant to Rule 220(b)(1), SCACR, and the following
 authorities:  Osborne v. Adams, 346 S.C. 4, 550 S.E.2d 319 (2001)
 (summary judgment standard); Hardin and Tallent v. South Carolina Dept of
 Transp., 371 S.C. 598, 641 S.E.2d 437 (2007) (road closings and
 realignments which do not take land from a property owner do not give rise to
 compensable takings); Hill v. The Beach Company, 279 S.C. 313, 301
 S.E.2d 604 (1983) (a prescriptive right to ocean view, breezes, light and air
 does not exist in South Carolina).
TOAL,
 C.J., MOORE, BURNETT, PLEICONES, JJ., and Acting Justice J. Michelle Childs,
concur.